[No. 59812-1-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARLOT M. BURKENBINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12287-5, Douglass A. North, J., entered March 26, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 59837-6-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12684-0, LeRoy McCullough, J., entered April 13, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59859-7-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK STEWART HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12325-3, Jim Rogers, J., entered March 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59896-1-I.   Division One.   July 21, 2008.]

COSMOPOLITAN IMPORTS, LLC, ET AL., *Appellants*, v. PACIFIC FUNDS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-36694-0, Douglass A. North, J., entered April 2, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Agid, J.